ORIGINAL

FILED
JAN 2 3 2004
U.S. COURT OF FEDERAL CLAIMS

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

04-00088

| | |
|---|---|
| YANKEE ATOMIC ELEC. CO., Plaintiff, v. THE UNITED STATES, Defendant. | No. 98-126C (Senior Judge Merow) |

## NOTICE OF INDIRECTLY-RELATED CASES

In accordance with RCFC 40.2, counsel for FPL Energy Seabrook, LLC ("FPL Energy"), on its own behalf and as managing agent of Seabrook Unit 1 Power Station ("Seabrook Station") on behalf of its co-owners Massachusetts Municipal Wholesale Electric Company ("MMWEC"), Taunton Municipal Lighting Plant ("TMLP"), and Hudson Light and Power Department ("HLPD") (all four collectively, "Seabrook Owners"), state that their action is indirectly-related to the following actions that were filed and are currently pending in this Court:

(1) Dominion Resources, Inc. v. United States, No. 04-0084C (Bruggink, S.J.);

(2) Dominion Resources, Inc. v. United States, No. 04-0083C (Bruggink, S.J.);

(3) Pacific Elec. & Gas Co. v. United States, (filed Jan. 22, 2004);

(4) Pacific Elec. & Gas Co. v. United States, (filed Jan. 22, 2004);

(5) Wisconsin Pub. Serv. Co. v. United States, No. 04-0071C (Block, J.);

(6) PPL Susquehanna, LLC v. United States, No. 04-0070C (Baskir, J.);

(7) Cleveland Elec. Illuminating Co. v. United States, No. 04-0069C (Wolski, J.);

(8) Constellation Generation Group LLC v. United States, No. 04-0068C (Margolis, J.);

(9) Interstate Power & Light Co. v. United States, No. 04-0067C (Lettow, J.);

(10) Carolina Power & Light Co. v. United States, No. 04-0037C (Hewitt, J.);

(11) Atlantic City Elec. Co. v. United States, No. 04-0036C (Futey, S.J.);

(12) Canal Elec. Co. v. United States, No. 04-0035C (Hodges, J.);

(13) Delmarva Power & Light Co. v. United States, No. 04-0034C (Miller, J.);

(14) Consolidated Edison Co. of N.Y., Inc. v. United States, No. 04-0033C (Bruggink, S.J.);

(15) Energy Northwest v. United States, No. 04-0010C (Damich, C.J.);

(16) Arizona Pub. Serv. Co. v. United States, No. 03-2832C (Hodges, J.);

(17) Entergy Nuclear Vermont Yankee, LLC v. United States, No. 03-2663C (Hodges, J.);

(18) Entergy Nuclear Fitzpatrick, LLC v. United States, No. 03-2627C (Damich, C.J.);

(19) Entergy Nuclear Generation Co. v. United States, No. 03-2626C (Lettow, J.);

(20) Entergy Gulf States, Inc. v. United States, No. 03-2625C (Williams, J.);

(21) Sys. Fuels, Inc. v. United States, No. 03-2624C (Braden, J.);

(22) Sys. Fuels, Inc. v. United States, No. 03-2623C (Lettow, J.);

(23) Entergy Nuclear Indian Point 2, LLC v. United States, No. 03-2622C (Lettow, J.);

(24) Sys. Fuels, Inc. v. United States, No. 03-2621C (Williams, J.);

(25) General Atomics v. United States, No. 03-2505C (Wolski, J.);

(26) Consumers Energy Co. v. United States, No. 02-1894C (Damich, C.J.);

(27) Detroit Edison Co. v. United States, No. 02-926C (Williams, J.);

(28) Vermont Yankee Nuclear Power Corp. v. United States, No. 02-898C (Hodges, J.);

(29) PSEG Nuclear L.L.C. v. United States, No. 01-551C (Sypolt, J.);

(30) Tennessee Valley Auth. v. United States, No. 01-249C (Lettow, J.);

(31) Nebraska Pub. Power Dist. v. United States, No. 01-116C (Sypolt, J.);

(32) Omaha Pub. Power Dist. v. United States, No. 01-115C (Bush, J.);

(33) Power Auth. of N.Y. v. United States, No. 00-703C (Damich, C.J.);

(34) Wisconsin Elec. Power Co. v. United States, No. 00-697C (Merow, S.J.);

(35) GPU Nuclear, Inc. v. United States, No. 00-440C (Bush, J.);

(36) Boston Edison Co. v. United States, No. 99-447C (Lettow, J.);

(37) Commonwealth Edison Co. v. United States, No. 98-621C (Hewitt, J.);

(38) Southern Nuclear Operating Co. v. United States, No. 98-614C (Merow, S.J.);

(39) Sacramento Mun. Utility Dist. v. United States, No. 98-488C (Braden, J.);

(40) Indiana Mich. Power Co. v. United States, No. 98-486C (Hodges, J.);

(41) Duke Power v. United States, No. 98-485C (Sypolt, J.);

(42) Northern States Power Co. v. United States, No. 98-484C (Wiese, J.);

(43) Florida Power & Light Co. v. United States, No. 98-483C (Sypolt, J.);

(44) Maine Yankee Atomic Power Co. v. United States, No. 98-474C (Merow, S.J.);

(45) Connecticut Yankee Atomic Power Co. v. United States, No. 98-154C (Merow, S.J.); and

(46) Yankee Atomic Elec. Co. v. United States, No. 98-126C (Merow, S.J.).

RCFC 40.2(a)(1)(B) states that actions involving the "same contract, property or patent" are deemed "directly-related." This action, as well as the actions listed above, are all based upon the Standard Contract for Disposal of Spent Nuclear Fuel and/or High-Level Radioactive Waste ("Standard Contract"), 10 C.F.R. § 961.11. The Seabrook Owners are parties to one Standard Contract with the Government. Although each Standard Contract, as the name suggests, contains identical material terms and conditions, the parties to each contract are different. In addition, each of the plaintiff utilities has suffered and filed claims for damages in varying amounts depending upon a variety of circumstances, including but not limited to the costs associated with their on-site storage of spent nuclear fuel.

Given the facts summarized above, it is more likely that this case is "indirectly-related" to the above-listed actions. See RCFC 40.2(b). First, each of these cases has been randomly assigned to different judges in the past. Second, while many of these cases were assigned to a coordinated discovery proceeding (as countenanced by RCFC 40.2(b)(1)) and are proceeding

using "lead" or "accelerated" cases, the merits of each case continue to be resolved by the individual judge assigned to that particular case.

Therefore, in accordance with RCFC 40.2(b)(2) for indirectly-related cases, this filing has been captioned in the earliest filed case – Yankee Atomic Elec. Co. v. United States, No. 98-126C (Merow, S.J.). Counsel in all the above-listed cases shall be served with this notice. RCFC 40.2(b)(2).

Dated: January 23, 2004

Respectfully submitted,

Alex Tomaszczuk by Daniel Herzfeld

Alex D. Tomaszczuk
SHAW PITTMAN LLP
1650 Tysons Boulevard
McLean, VA 22102-4859
703.770.7940 – telephone
703.770.7901 – facsimile

*Of Counsel*:
Jay E. Silberg
Devon E. Hewitt
Douglas J. Rosinski
Daniel S. Herzfeld
Jack Y. Chu
SHAW PITTMAN LLP
2300 N Street, N.W.
Washington, D.C. 20037
(202) 663-8000

Counsel of Record for Plaintiffs
FPL Energy Seabrook, LLC, Taunton Municipal Lighting Plant, Hudson Light and Power Department, Massachusetts Municipal Wholesale Electric Company, Florida Power & Light Company, Northern States Power Company, Duke Power, Indiana Michigan Power Company, Power Authority of the State of New York, Omaha Public Power District, Nebraska Public Power District, PSEG Nuclear L.L.C., Vermont Yankee Nuclear Power Corporation, Detroit Edison Company, Entergy Gulf Services, Inc., Entergy Nuclear Generation Co., System Fuels, Inc., Entergy Nuclear Indian Point 2, LLC, Entergy Nuclear Indian Point 3, LLC, Entergy Nuclear Fitzpatrick, LLC, Entergy Nuclear Vermont Yankee, LLC

**CERTIFICATE OF SERVICE**

I hereby certify that on this 23rd day of January 2004, I caused a copy of the foregoing NOTICE OF INDIRECTLY-RELATED CASES to be served by facsimile and by U.S. mail, postage prepaid, on:

Harold D. Lester, Jr.
Assistant Director
Commercial Litigation Branch
Civil Division
United States Department of Justice
Washington, D.C. 20530

Attention: Classification Unit
8th Floor, 1100 L Street, N.W.
Counsel of Record for the United States

Jerry Stouck
Spriggs & Hollingsworth
1350 I Street, N.W.
9th Floor
Washington, DC 20005
Counsel of Record for Yankee Atomic Elec. Co., Maine Yankee Atomic Power Co., Connecticut Yankee Power Co., and Pacific Gas & Electric Company

Peter K. Shea
Office of General Counsel
Tennessee Valley Authority
400 West Summit Hill Drive
Knoxville, TN 37902-1401
Tel: (865) 632-7319
Counsel of Record for Tennessee Valley Authority

M. Stanford Blanton
Balch & Bingham, LLP
1710 Sixth Avenue North
Birmingham, AL 35203
Tel: (205) 251-8100
Counsel of Record for Southern Nuclear Operating Company, et al.

David Handzo
Jenner & Block
601 13th Street, N.W.
Suite 1200 South
Washington, D.C. 20005
Tel: (202) 639-6075
Counsel of Record for Commonwealth Edison Company

Norman M. Hirsch
Jenner & Block
One IBM Plaza
330 N. Wabash
Chicago, IL 60611
Tel: (312) 923-2782
Counsel of Record for Energy Northwest

Richard W. Oehler
Perkins Coie LLP
1201 Third Avenue, 40th Floor
Seattle, WA 98101-3099
Tel: (206) 583-8419
Counsel of Record for Wisconsin Electric Power Company

Melvin C. Garbow
Arnold & Porter
555 12th Street, N.W.
Washington, D.C. 20004-1206
Tel: (202) 942-5666
Counsel of Record for Sacramento Municipal Utility District

Thomas O. Mason
Williams Mullen
8270 Greensboro Drive
Suite 700
McLean, VA 22102
Counsel of Record for Consumers Energy Co.

Brad Fagg
Morgan, Lewis, & Bockius LLP
1111 Pennsylvania Avenue, N.W.
Washington, DC 20004
Counsel of Record for General Atomics, GPU Nuclear, Inc., Carolina Power & Light Co., Florida Power Corporation, Interstate Power & Light Co., Constellation Generation Group LLC, Cleveland Electric Illuminating Co., PPL Susquehanna, LLC, Wisconsin Public Service Co., and Dominion Resources, Inc.

Richard J. Conway
Dickstein, Shapiro, Morin & Oshinsky
2101 L Street, N.W.
Washington, DC 20037
Counsel of Record for Consolidated Edison Co. of New York, Inc., Delmarva Power & Light Co., Canal Electric Co., Atlantic City Electric Co., and Boston Edison Company



Document #: 1269145 v.1