ORIGINAL

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

FILED
JAN 23 2004
U.S. COURT OF FEDERAL CLAIMS

FPL ENERGY SEABROOK, LLC, on its own behalf and as managing agent of Seabrook Unit 1 Power Station on behalf of co-owners MASSACHUSETTS MUNICIPAL WHOLESALE ELECTRIC COMPANY, TAUNTON MUNICIPAL LIGHTIN PLANT, and HUDSON LIGHT AND POWER DEPARTMENT,

Plaintiffs,

v.

THE UNITED STATES,

Defendant.

No.: 04-0088C

Judge: ________________

**MOTION OF THE PLAINTIFFS TO PERMIT COUNSEL TO APPEAR PRO HAC VICE**

Pursuant to Rule 83.1(a) of the Rules of the United States Court of Federal Claims, the plaintiffs hereby request this Court to grant permission to Attorney Nicholas J. Scobbo, Jr. to appear *pro hac vice* in this action as of counsel to the Massachusetts Municipal Wholesale Electric Company ("MMWEC") and the Hudson Light and Power Department ("HLPD"). In support of this motion, the plaintiffs submit the attached Affidavit of Attorney Nicholas J. Scobbo, Jr. and state as follows:

1. Nicholas J. Scobbo, Jr. is an attorney with the law firm of Ferriter Scobbo & Rodophele, PC, 125 High Street, Boston MA 02110. Attorney Scobbo is a member in good standing of the Bar of the Supreme Judicial Court of Massachusetts since 1980;

the United States Court of appeals for the First Circuit and The United States District Court for the District of Massachusetts. There are no disciplinary proceedings pending against Attorney Scobbo in any jurisdiction.

2. Attorney Scobbo is General Counsel to MMWEC and has extensive experience and familiarity with MMWEC's and HLPD's partial ownership of the Seabrook Unit 1 Power Station. Thus, he is especially well suited to appear for MMWEC and HLPD in this case.

3. Attorney Alex D. Tomaszczuk, of the law firm of Shaw Pittman LLP at all times will act as attorney of record in this matter.

4. No prejudice to the defendant will result from the allowance of this motion.

**WHEREFORE,** the Plaintiffs request that this Court grant Nicholas J. Scobbo, Jr., permission to appear before this Court for the purposes of this case only.

By their Attorneys,

Alex D. Tomaszczuk
SHAW PITTMAN LLP
1650 Tysons Boulevard
McLean, VA 22102
(703) 770-7940 – telephone
(703) 770-7901 – facsimile

Counsel of Record for Plaintiffs
FPL Energy Seabrook, LLC
Massachusetts Municipal Wholesale
Electric Company
Taunton Municipal Lighting Plant
Hudson Light and Power Department

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| FPL ENERGY SEABROOK, LLC, on its own behalf and as managing agent of Seabrook Unit 1 Power Station on behalf of co-owners MASSACHUSETTS MUNICIPAL WHOLESALE ELECTRIC COMPANY, TAUNTON MUNICIPAL LIGHTIN PLANT, and HUDSON LIGHT AND POWER DEPARTMENT,<br><br>Plaintiffs,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | No.: ____________<br><br>Judge: ____________ |

**AFFIDAVIT OF NICHOLAS J. SCOBBO, JR.**

Now comes Nicholas J. Scobbo, Jr. and under oath does depose and say as follows:

1. I am an attorney licensed in the Commonwealth of Massachusetts to practice law, having been admitted to the bar of the Supreme Judicial Court of Massachusetts since 1980; the United States Circuit Court of Appeals for the First Circuit; and the United States District Court for the District of Massachusetts. There are no disciplinary proceedings pending against me in any jurisdiction.

2. I am a shareholder in the law firm of Ferriter Scobbo & Rodophele, P.C. and a member in good standing of the bars referenced above. I am General Counsel to the Massachusetts Municipal Wholesale Electric Company ("MMWEC") and have held

this position since 1988. In my capacity as General Counsel, I am familiar with and have been involved in MMWEC's ownership of Seabrook Unit 1 Nuclear Power Station.

Signed under the penalties of perjury this 20th day of January, 2004.

Nicholas J. Scobbo, Jr.
FERRITER SCOBBO & RODOPHELE, PC
125 High Street
Boston, MA 02110
Phone: (617) 737-1800
Fax: (617) 737-1803
E-mail: nscobbo@ferriterscobbo.com

Q:\NJS\00992001\PLEADING\NJSaffidavit.doc