ORIGINAL

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

FILED
JAN 2 3 2004
U.S. COURT OF FEDERAL CLAIMS

FPL ENERGY SEABROOK, LLC, on its own behalf and as managing agent of Seabrook Unit 1 Power Station on behalf of co-owners MASSACHUSETTS MUNICIPAL WHOLESALE ELECTRIC COMPANY, TAUNTON MUNICIPAL LIGHTING PLANT, and HUDSON LIGHT AND POWER DEPARTMENT,

Plaintiffs,

v.

THE UNITED STATES,

Defendant.

No.: 04-0088C

Judge: ____________

**MOTION OF THE PLAINTIFFS TO PERMIT COUNSEL TO APPEAR PRO HAC VICE**

Pursuant to Rule 83.1(a) of the Rules of the United States Court of Federal Claims, the Plaintiffs hereby request this court to grant permission to Attorney Robert G. Funke to appear pro hac vice in this action as of counsel to the Taunton Municipal Lighting Plant ("TMLP"). In support of this motion, the Plaintiffs submit the attached Affidavit of Attorney Robert G. Funke and state as follows:

1. Robert G. Funke is an attorney licensed to practice law in Massachusetts with an office at 58 Tremont Street, Taunton, MA 02780. Attorney Funke is a member in good standing of the Bar of the Supreme Judicial Court of Massachusetts since 1957. There are no disciplinary proceedings pending against Attorney Funke in any jurisdiction.

2. Attorney Funke is counsel to TMLP and has extensive experience and familiarity with TMLP's partial ownership of the Seabrook Unit 1 Power Station. Thus, he is especially well suited to appear for TMLP in this case.

3. Attorney Alex D. Tomaszczuk , of the law firm of Shaw Pittman LLP at all times will act as attorney of record in this matter.

4. No prejudice to the defendant will result from the allowance of this motion.

**WHEREFORE,** the Plaintiffs request that this court grant Robert G. Funke permission to appear before this court for the purposes of this case only.

By their Attorneys,

Alex Tomaszczuk by [signature]

Alex D. Tomaszczuk
SHAW PITTMAN LLP
1650 Tysons Boulevard
McLean, VA 22102
(703) 770-7940 – telephone
(703) 770-7901 – facsimile

Counsel of Record for Plaintiffs
FPL Energy Seabrook, LLC
Massachusetts Municipal Wholesale
Electric Company
Taunton Municipal Lighting Plant
Hudson Light and Power Department

Q:\NJS\00992001\PLEADING\prohacvicemotfunke.doc

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| FPL ENERGY SEABROOK, LLC, on its own behalf and as managing agent of Seabrook Unit 1 Power Station on behalf of co-owners MASSACHUSETTS MUNICIPAL WHOLESALE ELECTRIC COMPANY, TAUNTON MUNICIPAL LIGHTING PLANT, and HUDSON LIGHT AND POWER DEPARTMENT, | |
| Plaintiffs, | No.: ________________ |
| v. | Judge: ________________ |
| THE UNITED STATES, | |
| Defendant. | |

**AFFIDAVIT OF ROBERT G. FUNKE**

Now comes Robert G. Funke and under oath does depose and say as follows:

1. I am an attorney licensed in the Commonwealth of Massachusetts to practice law, having been admitted to the bars of the Supreme Judicial Court of Massachusetts since 1957. There are no disciplinary proceedings pending against me in any jurisdiction.

2. I am a member in good standing of the bars referenced above. I am counsel to the Taunton Municipal Lighting Plant ("TMLP") and have acted as such since 1985. In my capacity as counsel, I am familiar with and have been involved in TMLP's ownership of Seabrook Unit 1 Power Station.

Signed under the penalties of perjury this 24th day of December, 2003.

Robert G. Funke
58 Tremont Street
P.O. Box 628
Taunton, MA 02780
(508) 823-0759

Q:\NJS\00992001\PLEADING\Funkeaffidavit.doc