# In the United States Court of Federal Claims

No. 04-0088 C
(Filed: February 13, 2004 )

*************************************
*
**FPL ENERGY SEABROOK, LLC, et al.,** *
*
Plaintiffs, *
*
v. *
*
**THE UNITED STATES,** *
*
Defendant. *
*
*************************************

**ORDER**

Pursuant to Rule 83.1(a) of the Rules of the Court and upon motion by Plaintiff, the Court hereby **GRANTS** Plaintiff's motion for permission for Nicholas J. Scobbo to appear *pro hac vice* in this action as of counsel to the Massachusetts Municipal Wholesale Electric Company (MMWEC) and the Hudson Light and Power Department (HLPD).

The Court advises that it remains the responsibility of counsel of record to apprise counsel *pro hac vice* of filings and other matters docketed in connection with the designation of this case as an electronic case.

s/ Chief Judge Edward J. Damich