# In the United States Court of Federal Claims

No. 04-0088 C
(Filed: February 13, 2004)

*************************************
*
**FPL ENERGY SEABROOK, LLC, et al.,** *
*
Plaintiffs, *
*
v. *
*
**THE UNITED STATES,** *
*
Defendant. *
*
*************************************

**ORDER**

Pursuant to Rule 83.1(a) of the Rules of the Court and upon motion by Plaintiff, the Court hereby **GRANTS** Plaintiff's motion for permission for Robert G. Funke to appear *pro hac vice* in this action as of counsel to the Taunton Municipal Light Plant (TMLP).

The Court advises that it remains the responsibility of counsel of record to apprise counsel *pro hac vice* of filings and other matters docketed in connection with the designation of this case as an electronic case.

s/ Chief Judge Edward J. Damich