**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| FPL ENERGY SEABROOK, LLC, on its own behalf and as managing agent of Seabrook Unit 1 Power Station on behalf of co-owners MASSACHUSETTS MUNICIPAL WHOLESALE ELECTRIC COMPANY, TAUNTON MUNICIPAL LIGHTING PLANT, and HUDSON LIGHT AND POWER DEPARTMENT, Plaintiffs, | No. 04-0088C (Chief Judge Damich) |
| v. | |
| THE UNITED STATES, Defendant. | |

**UNOPPOSED MOTION FOR ENLARGEMENT OF TIME**

Pursuant to RCFC 6 & 6.1 and this Court's Special Procedures Order ¶ 4,[1] Plaintiffs hereby request an enlargement of time of 14 days from April 9, 2004 through April 23, 2004 to file their response to the Government's motion to stay all proceedings or, in the alternative, for coordinated discovery. This is Plaintiffs' first request for an enlargement of time to respond to the Government's motion to stay. Counsel for Plaintiffs has spoken with counsel for the Government, who has represented that the Government does not oppose this motion.

Due to the press of business in other spent nuclear fuel cases and because counsel of record (and other of counsel in this case) are on vacation, Plaintiffs request this enlargement of time. In particular, on March 29, 2004 and April 2, 2004, counsel from Shaw Pittman filed post-trial briefs in the spent nuclear fuel case Indiana Mich. Power Co. v. United States, No. 98-486C

[1] Plaintiffs respectfully seek leave to file this motion within five days of the due date of its response. Per the terms of the Special Procedures Order ¶ 4(a)(i), Plaintiffs are faxing a copy of this document to chambers in addition to filing it electronically.

(Hodges, J.). Additionally, on March 31, 2004, counsel from Shaw Pittman filed a reply brief on the acceptance rate issue and in response to the Government's supplemental brief in Northern States Power Co. v. United States, No. 98-484C (Wiese, S.J.). Furthermore, counsel of record for Plaintiffs is on vacation this week and has not had a full opportunity to discuss responding to the Government's motion with his clients; for example, counsel for Plaintiff FPL Energy Seabrook, LLC was on vacation last week. Additionally, on April 15, 2004, counsel from Shaw Pittman have joint preliminary status reports due in the spent nuclear fuel cases System Fuels, Inc. v. United States, No. 03-2623C (Lettow, J.), Entergy Nuclear Indian Point 2, LLC v. United States, No. 03-2622C (Lettow, J.), and Entergy Nuclear Generation Co. v. United States, No. 03-2626C (Lettow, J.).

For the foregoing reasons, Plaintiffs respectfully request an enlargement of time of 14 days from April 9, 2004 through April 23, 2004 to file their response to the Government's motion to stay all proceedings or, in the alternative, for coordinated discovery.

Dated: April 8, 2004

Respectfully submitted,

s/Alex D. Tomaszczuk by s/Daniel S. Herzfeld

Alex D. Tomaszczuk
SHAW PITTMAN LLP
1650 Tysons Boulevard
McLean, VA 22102
(703) 770-7940 – telephone
(703) 770-7901 – facsimile

Attorney of Record for Plaintiffs:
FPL Energy Seabrook, LLC
Taunton Municipal Lighting Plant
Hudson Light and Power Department
Massachusetts Municipal Wholesale Electric Company

Of Counsel:
Jay E. Silberg
Devon E. Hewitt
Michael E. Lepre
Daniel S. Herzfeld
Jack Y. Chu
SHAW PITTMAN LLP
2300 N Street, N.W.
Washington, D.C. 20037
(202) 663-8000

Mitchell S. Ross
Managing Attorney
FPL Energy Seabrook, LLC
700 Universe Boulevard
Juno Beach, FL 33408-0420

Nicholas J. Scobbo, Jr.
Ferriter Scobbo & Rodophele PC
125 High Street
Boston, MA 02110
Counsel for: Massachusetts Municipal
Wholesale Electric Company and
Hudson Light and Power Department

Robert G. Funke
58 Tremont Street
P.O. Box 628
Taunton, MA 02780
Counsel for: Taunton Municipal Lighting Plant