IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| FPL ENERGY SEABROOK, LLC, et al., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No.04-0088C |
| v. | ) | (Judge Damich) |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

NOTICE OF APPEARANCE

To the Clerk:

Please enter the appearance of John C. Ekman as attorney of record for the United States. Service of all papers by opposing parties should be addressed as follows:

JOHN C. EKMAN
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Washington, D.C. 20530

Attention: Classification Unit
8th Floor
1100 L Street, N.W.

Dated: May 14, 2004

s/ John C. Ekman
JOHN C. EKMAN
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Telephone: (202) 353-0897
Telecopy: (202) 307-2503

## CERTIFICATE OF FILING

I hereby certify that on this 14th day of May 2004, a copy of foregoing "NOTICE OF APPEARANCE" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/John C. Ekman