**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**
(Electronically Filed on December 28, 2004)

| | | |
|---|---|---|
| **CANAL ELECTRIC COMPANY,** | ) | |
| Plaintiff, | ) | No. 04-0035C<br>(Judge Hodges) |
| v. | ) | |
| **THE UNITED STATES,** | ) | |
| Defendant. | ) | |

**SEABROOK PLAINTIFFS' MOTION**
**FOR LEAVE TO FILE CORRECTED RESPONSE**

Pursuant to RCFC 7, Plaintiffs FPL Energy Seabrook, LLC, Massachusetts Municipal Wholesale Electric Company, Taunton Municipal Lighting Plant, and Hudson Light and Power Department (together "Seabrook Plaintiffs") in FPL Energy Seabrook, LLC v. United States, No. 04-0088C (Damich., C.J.) ("FPL Energy Seabrook"), through their undersigned counsel, respectfully request leave to file a corrected response to the Government's motion to transfer and consolidate FPL Energy Seabrook with the above-captioned case, which original response was filed December 27, 2004. In particular, Seabrook Plaintiffs inadvertently did not include two attachments in their filing, which attachments were referenced in the response. Seabrook Plaintiffs attach hereto the proposed corrected response (which is identical, except for the date) and two attachments. Therefore, Seabrook Plaintiffs respectfully request leave from this Court to re-file their response with the two attachments.

Dated: December 28, 2004

Respectfully submitted,

s/Alex D. Tomaszczuk by s/Daniel S. Herzfeld
Alex D. Tomaszczuk
SHAW PITTMAN LLP
1650 Tysons Boulevard
McLean, VA 22102
(703) 770-7940 – telephone
(703) 770-7901 – facsimile

Attorney of Record for Plaintiffs:
FPL Energy Seabrook, LLC
Taunton Municipal Lighting Plant
Hudson Light and Power Department
Massachusetts Municipal Wholesale Electric Company

Of Counsel:
Jay E. Silberg
Walter F. Zenner
Daniel S. Herzfeld
Jack Y. Chu
SHAW PITTMAN LLP
2300 N Street, N.W.
Washington, D.C. 20037
(202) 663-8000

Mitchell S. Ross
Managing Attorney
FPL Energy Seabrook, LLC
700 Universe Boulevard
Juno Beach, FL 33408-0420

Nicholas J. Scobbo, Jr.
Ferriter Scobbo & Rodophele PC
125 High Street
Boston, MA 02110
Counsel for: Massachusetts Municipal Wholesale Electric Company and Hudson Light and Power Department

Robert G. Funke
58 Tremont Street
P.O. Box 628
Taunton, MA 02780
Counsel for: Taunton Municipal Lighting Plant