**FPL Energy**

November 19, 2002

Ms Beth Tomasoni
Contracting Officer
Office of Headquarters Procurement Services
Department of Energy
Washington, DC 20585

Subject: U.S. DEPARTMENT OF ENERGY CONTRACT No. DE-CR01-86RW00111- CONTRACT FOR DISPOSAL OF SPENT NUCLEAR FUEL AND/OR HIGH-LEVEL RADIOACTIVE WASTE dated June 27, 1986, as amended, between North Atlantic Energy Service Corporation (as sucessor to and assignee of the New Hampshire Yankee Division of the Public Service Company of New Hampshire, and acting as agent on behalf of the owners of Seabrook Station) and the United States Department of Energy (the "Contract")

To Whom it May Concern:

Pursuant to Article XIV of the Contract, this letter serves as notification that effective November 1, 2002 changes were made in the management and ownership shares of Seabrook Station – the nuclear plant covered under the Contract. Management responsibility has been transferred to FPL Energy Seabrook, LLC. Furthermore, the ownership shares as listed in Article XXII.C. have been changed to:

| | |
|---|---|
| FPL Energy Seabrook, LLC | 88.22889 % |
| Massachusetts Municipal Wholesale Electric Company | 11.59340 % |
| Taunton Municipal Lighting Plant | 0.10034 % |
| Hudson Light and Power Department | 0.07737 % |

All notices, invoices, and communications between your company and FPL Energy Seabrook, LLC concerning the subject Contract should be sent to:

Claude Villard
Manager of Nuclear Fuel
FPL Energy Seabrook, LLC
ENG / JB
700 Universe Boulevard
Juno Beach, FL 33408-2683

Phone: (561) 694-4563
Fax: (561) 694-4994

Sincerely,

Rajiv S. Kundalkar
Vice President
FPL Energy Seabrook, LLC

CC: P. Gurney
M. Ossing
J. Vargas