# In the United States Court of Federal Claims

No. 04-88 C
(Filed: February 7, 2005)

***************************************
**FPL ENERGY SEABROOK, LLC, on its own behalf and as managing agent of Seabrook Unit 1 Power Station on behalf of co-owners MASSACHUSETTS MUNICIPAL WHOLESALE ELECTRIC COMPANY, TAUTON MUNICIPAL LIGHTING PLANT, and HUDSON LIGHT AND POWER DEPARTMENT,**

Plaintiff,

v.

**THE UNITED STATES,**

Defendant.
***************************************

## ORDER

On November 24, 2004, Defendant filed a notice that this case is directly related to an earlier-filed case before the Court of Federal Claims, *Canal Electric Co. v. United States*, #00-35 C (Judge Hodges). Defendant's notice was followed on December 9, 2005, by a motion to transfer and consolidate this case with that before Judge Hodges. In the meantime, on February 3, 2005, Judge Hodges has ordered supplemental briefing on a motion to dismiss that was already pending in *Canal Electric*. Accordingly, this case is stayed until such time as the motion to dismiss in *Canal Electric* is decided.

s/ Edward J. Damich
EDWARD J. DAMICH
Chief Judge